UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-------------------------------)
UNITED STATES OF AMERICA,       )   Case No.
                                )   07-20374-CR-KING
                                )
            - versus -          )
                                )
AMELIA GIL, BERTA GIL,          )
ALFONSO CRUZ-GIL,               )
MIRIAM GIL, OSVEL FIGUEREDO,    )   Miami, Florida
JOSEFA GIL & JUAN JARDINES,     )   November 28, 2007
                                )
            Defendants.         )
-------------------------------)

FILED by _____ D.C.
CT. REP.
FEB 0 5 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
APPEALS
FEB 0 6 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Pages 1 - 204
TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:      BARBARA THORNE, ESQ.
                         United States Attorneys
                         99 N.E. 4th Street
                         Miami, Florida  33132

For the Defendants:      JEFFREY WEINKLE, ESQ.
                         KENNETH KUKEC, ESQ.
                         SABRINA PUGLISI, ESQ.
                         JOSE BATISTA, ESQ.
                         NINA S. MANDEL, ESQ.
                         ELIO VAZQUEZ, ESQ.

Reporter:                Richard W. Barry, RPR
                         Official Court Reporter
                         (516)317-5133