```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 07-20374-CR-KING

UNITED STATES OF AMERICA,        Miami, Florida

            Plaintiff,           december 3, 2007

      vs.

AMELIA GIL, MIRIAM GIL,
JOSEFA GIL, BERTA GIL,

            Defendant.           Pages 1 - 24


                        SENTENCING HEARING
             BEFORE THE HONORABLE JAMES LAWRENCE KING
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:     BARBARA JEAN THRONE, ESQUIRE
                        ASSISTANT UNITED STATES ATTORNEY


FOR THE DEFENDANT:      JEFFREY WEINKLE, ESQUIRE
                        MICHAEL BLACKER, ESQUIRE
                        NINA A. MANDEL, ESQUIRE
                        KENNETH KUKEC, ESQUIRE




REPORTED BY:            TAMMY NESTOR, RPR
                        Official Court Reporter
                        299 E. Broward Boulevard
                        Room 203
                        Fort Lauderdale, Florida 33301
                        (954) 769-5496
```